HEATHER E. WILLIAMS, CA Bar No.122664
Federal Defender
ANDREW WONG, CA Bar No. 308269
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SANDRA DEBOARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00039-SAB |
|---|---|
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE AT NON-SUBSTANTIVE PROCEEDINGS; ORDER** |
| vs. | |
| SANDRA DEBOARD, | Date: June 21, 2018 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Stanley A. Boone |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Sandra Deboard, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court permit her to waive her right to personally appear at the June 21, 2018 status conference hearing. Ms. Deboard agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if she were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times.

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Date: June 20, 2018                         */s/ Andrew Wong*
                                              ANDREW WONG
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              SANDRA DEBOARD

**O R D E R**

The defendant's request for waiver of appearance is DENIED. The defendant shall appear at the June 21, 2018 status conference as previously ordered.

IT IS SO ORDERED.

Dated: **June 20, 2018**

UNITED STATES MAGISTRATE JUDGE