# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SANDRA J. DEBOARD,<br><br>    Defendant. | Case No. 1:18-po-00039-SAB<br><br>ORDER SETTING CONDITIONS OF RELEASE |

Defendant Sandra J. Deboard was issued a citation for a violation of 36 C.F.R. 261.10(b), Taking Possession of, Occupying, or Otherwise Using National Forest System Lands. (ECF Nos. 1, 2.) Defendant made an initial appearance and pled not guilty on March 22, 2018. (ECF No. 22.) Plaintiff was ordered to appear for a status conference on June 21, 2018, at 10:00 a.m. (ECF No. 5.)

On June 20, 2018, the defendant requested a Rule 43 waiver of appearance which was denied. (ECF Nos. 6, 7.) Defendant did not appear for the 10:00 a.m. status conference on June 21, 2018. Plaintiff appeared on the afternoon calendar. Counsel Michael Tierney was present for the United States and counsel Andrew Wong appeared with Defendant.

Defendant was advised of her conditions of released and asserted objections. The Court considered Defendant's objections and they were overruled. The Court imposed the following conditions of release:

1. The defendant must not violate federal, state, or local law while on release.
2. The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.
3. The defendant shall notify the court and defendant's counsel of any change of address.
4. The defendant shall not enter or be on land owned by the National Park Service or National Forest Service. The defendant has until Sunday, June 24, 2018, at 11:55 p.m. to gather all her belongings.
5. The defendant must appear at the United States District Court, 2500 Tulare Street, Fresno, California, on August 16, 2018, at 10:00 a.m. before Magistrate Judge Stanley A. Boone.

The defendant refused to sign the order setting conditions of release.

Defendant has been advised of her conditions of release, had an opportunity to be heard; and her objections to the conditions of release have been overruled. The order setting the conditions of release has full force and effect irrespective of the fact that the defendant refused to sign. Defendant is advised that if she violates her conditions of release, the Court will note her refusal to sign the order setting the conditions of release. Future violations may result in detention as this will indicate that there are no conditions or combination of conditions by which the defendant will abide to reasonably assure her appearance and the safety of the community.

IT IS SO ORDERED.

Dated: __**June 21, 2018**__

UNITED STATES MAGISTRATE JUDGE