| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN 122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN 314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | SANDRA J. DEBOARD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:18-po-00039-SAB |
|---|---|
| Plaintiff, | ) **EMERGENCY MOTION FOR** |
| | ) **TEMPORARY RELEASE** |
| vs. | ) |
| | ) *EMERGENCY RELIEF REQUESTED* |
| SANDRA J. DEBOARD, | ) |
| Defendant. | ) |

Defendant Sandra Deboard, by and through her attorney, Assistant Federal Defender Hope Alley, respectfully moves this Court for an order temporarily releasing Ms. Deboard from custody for the purpose of undergoing an assessment with Kingsview PATHS, an organization that is attempting to link Ms. Deboard with housing. The government has no objection to this motion.

As the Court is aware, Ms. Deboard's prior criminal conduct is a direct result of her being homeless and struggling with mental illness. Luckily in Fresno County, the PATH program with Kings View link individuals with Ms. Deboard's exact issues with appropriate housing. In order to make these connections, however, the organization needs to conduct an initial assessment of Ms. Deboard. Unfortunately, the person who will conduct this assessment does not have access to the jail. Accordingly, Ms. Deboard requests temporary release from Fresno County Jail so that she may be interviewed by the Kings View representative at the Office of the Federal Defender.

1   Because Ms. Deboard's detention hearing is set for tomorrow, and the hearing may depend on her access to housing, Ms. Deboard requests that she be released this afternoon at 2 p.m. (or as soon thereafter as Fresno County Jail can accommodate) and return to Fresno County Jail two hours after her release. Ms. Deboard further requests that she be released to the custody of Kevin Mitchel, the on-staff social worker for the Federal Defenders. Mr. Mitchel will walk Ms. Deboard to the Office of the Federal Defender and return her once the assessment has been completed.

Based upon the foregoing, Ms. Deboard respectfully requests an order from this Court for her temporary release to undergo an assessment by Kings View. Ms. Deboard asks to be released from Fresno County Jail on December 5, 2018 at 2 p.m. and will return to custody no later than 2 hours after her release.

                                       HEATHER E. WILLIAMS
                                       Federal Defender

Dated: December 5, 2018           */s/ Hope Alley*
                                       HOPE ALLEY
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       SANDRA DEBOARD

| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN 122664<br>Federal Defender |
| 2 | HOPE ALLEY, CA SBN 314109<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorneys for Defendant<br>SANDRA J. DEBOARD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18-po-0039 SAB |
| | ) | |
| *Plaintiff,* | ) | **ORDER FOR** |
| | ) | **TEMPORARY RELEASE** |
| vs. | ) | |
| | ) | |
| SANDRA J. DEBOARD, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| | ) | |

Upon consideration of Defendant Sandra Deboard's motion for temporary release, IT IS HEREBY ORDERED that the motion is GRANTED. Ms. Deboard is released to the custody of Kevin Mitchel for the purpose of undergoing an assessment by a Kings View representative at the Office of the Federal Defender. Ms. Deboard shall be released today at 2:00 p.m. She shall return

///

///

///

///

///

///

///

3

to the Fresno County Jail no later than two hours after her release. While on release, Ms. Deboard is ordered to remain in the care, custody and control of Kevin Mitchel. She is further ordered to abide by all laws during the period of her temporary release.

IT IS SO ORDERED.

Dated:     **December 5, 2018**

UNITED STATES MAGISTRATE JUDGE