# UNITED STATES DISTRICT COURT
### for the
## Eastern District of California

FILED
DEC 6 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | ) Case No. 1:18-PO-00039-SAB |
| SANDRA J. DEBOARD, | ) |

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

1) The defendant must not violate federal, state, or local law while on release;

2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

3) The defendant shall notify the Court and defendant's counsel of any change of address; and

4) The defendant will reside at a residence approved by Kings View and will not reside at any other residence without the approval of Kings View.

5) The defendant will also execute any and all waivers that Kings View requires to advise the Court and all parties (including counsel of the defendants failure to obeyed by Kings Views rules and orders of this Court.

6) All other conditions of probation as set forth in the defendants judgment are herein incorporated by reference and defendants shall comply with those conditions therein.

The defendant must appear at: U.S. DISTRICT COURT, 2500 TULARE STREET, FRESNO CA 93721
*Place*

on    JANUARY 17, 2019 AT 10:00 AM BEFORE MAGISTRATE STANLEY A. BOONE
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 12-6-18

*Defendant's signature*

Date: 12/6/2018

*Judicial Officer's Signature*

U.S. MAGISTRATE JUDGE STANLEY A. BOONE
*Printed name and title*