McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>Sandra Deboard,<br><br>                    Defendant. | Case No. 1-18-PO-39<br><br>MOTION AND ORDER FOR DISMISSAL OF VIOLATION PETITION |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss the violation petition in the interest of justice.

Defendant made an initial appearance on December 3, 2018. The court ordered the government to provide discovery within two weeks of that date. On the morning of the initial appearance, counsel for the United States spoke with a law enforcement officer of the United States Forest Service who indicated that certain interactions between the officer and the defendant that form the basis for the petition had been video-recorded. Counsel for the United States made a written request via electronic mail to the officer that day noting

1

that any such videos would need to be transmitted to the United States Attorney's Office within two weeks.

On December 21, 2018, counsel for the United States made a second written request via electronic mail to a number of individuals within the officer's agency. The second communication requested the videos and any other reports related to the incidents alleged in the petition, noting that the deadline had already passed and indicating that if no materials had been received by the end of the day on December 27, 2018, the United States would move to dismiss the violation petition.

Having received no response to its written communication of December 21, the United States hereby moves the Court to dismiss the pending violation of supervised release in the interest of justice. The United States requests that the Court dismiss the matter without prejudice.

DATED: December 28, 2018      Respectfully submitted,
McGREGOR W. SCOTT
United States Attorney

By:  /s/ Michael G. Tierney
MICHAEL G. TIERNEY
Assistant U.S. Attorney

# O R D E R

IT IS HEREBY ORDERED that:

The violation petition in this matter is dismissed without prejudice.

IT IS SO ORDERED.

Dated:  __**January 2, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE