IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>v.<br><br>SANDRA DEBOARD,<br><br>          Defendant. | Case No. 1:18-po-00039-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits her status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Using National Forrest lands as a residence, in violation of 36 C.F.R. § 261.10(b) |
| **Sentence Date:** | August 27, 2018 |
| **Review Hearing Date:** | August 1, 2019 |
| **Probation Expires On:** | August 27, 2019 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $30 processing fee

☒     **The defendant shall not enter or be on land owned by the National Park Service or National Forest Service while on probation unless prior approval by the Court.**

### *COMPLIANCE:*

☒     Defendant has complied with and completed <u>all</u> conditions of probation described above.

### *GOVERNMENT POSITION:*

☒     The Government agrees to the above-described compliance.

☐     The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: July 17, 2019                             */s/ Jeffrey Spivak*
                                                                 Jeffrey Spivak
                                                                  Assistant United States Attorney

*DEFENDANT'S REQUEST:*

In light of the information detailed in this status report, the defendant requests that the review hearing set for 8/1/2019 at 10:00 a.m.

- ☐ be continued to _____ at 10:00 a.m.; or
- ☒ be vacated.

DATED: July 17, 2019

*/s/ Matthew Lemke*
Assistant Federal Defender
Counsel for Sandra Deboard

# **O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

- ☒ GRANTED. The Court orders that the Review Hearing set for August 1, 2018 at 10 a.m. be vacated
- ☐ DENIED.

IT IS SO ORDERED.

Dated: **July 17, 2019**

UNITED STATES MAGISTRATE JUDGE